# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Nothern District of California

Case Number: C08-03389 WHA

Plaintiff:
**CHRISTOPHER HOPKINS**

vs.

Defendant:
**PORTFOLIO RECOVERY ASSOCIATES, LLC**

Received by AAA Attorney Service to be served on **Portfolio Recovery Associates, LLC, 2030 Main Street, Irvine, CA 92614**.

I, Ryan Price, do hereby affirm that on the **8th day of August, 2008** at **11:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint, Order Seting initial CMC and ADR Deadlines, Supplemental Order to Order Setting Initial CMC in Civil Case before Judge William Alsup and ECF Registration Information Handout** with the date and hour of service endorsed thereon by me, to: **DENA LA PORTA** as **AUTHORIZED AGENT FOR SERVICE** for **Portfolio Recovery Associates, LLC**, at the address of: **2030 MAIN ST., IRVINE, CA 92614**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

*Ryan Price* (signature)

Ryan Price
Process Server #2126

AAA Attorney Service
4122 E. Chapman Ave. Ste. 24
Orange, CA 92869
(714) 633-4167

Our Job Serial Number: 2008001057
Ref: FD073C08PA
Service Fee: $55.00

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

Clear Form

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Christopher Hopkins | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. C08-03389 WHA |
| Portfolio Recovery Associates, LLC | ) | ADR   E-filing |
| | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: Portfolio Recovery Associates, LLC

(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Nicholas J. Bontrager, Esq.
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: JUL 1 4 2008

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __August 8, 2008__, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Dena La Porta__ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ __55.00__ for services, for a total of $ __55.00__.

Date: __8-13-08__

_Ryan P_____
Server's signature

__Ryan Price, California Process Server__
Printed name and title

AAA Attorney Service
4122 E. Chapman Ave. Ste. 24
Orange, CA 92869
Server's address