IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HOPKINS, | No. C 08-03389 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. / | |

The Court **DENIES** defendant's request to attend the case management conference by telephone.

**IT IS SO ORDERED.**

Dated: September 30, 2008.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE