IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER HOPKINS,

    Plaintiff,

  v.

PORTFOLIO RECOVERY ASSOCIATES, INC.,

    Defendant.
_____/

No. C 08-03389 WHA

**ORDER REGARDING NOTICE OF SETTLEMENT**

The Court acknowledges the filing of defendant's notice of settlement in the captioned matter. Please be advised, however, that all deadlines are in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 15, 2008.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE