Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for Portfolio Recovery Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| CHRISTOPHER HOPKINS, <br><br> Plaintiff, <br><br> vs. <br><br> PORTFOLIO RECOVERY ASSOCIATES, INC., <br><br> Defendant | Case No.  C08-03389 WHA <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER <br><br> Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CHRISTOPHER HOPKINS, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, INC., stipulate, and the Court hereby orders, as follows:

1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CHRISTOPHER HOPKINS, against Defendant, PORTFOLIO

RECOVERY ASSOCIATES, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: 10/23/08    KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.
Attorney for Plaintiff,
Christopher Hopkins

Dated: 10/23/08    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick, Esq.
Attorney for Defendant,
Portfolio Recovery Associates, Inc.

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: October 27, 2008

_____
The Honorable William H. Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup